## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No. 2:22-cv-01482-MEMF(AGRx)                    Date: August 1, 2022

Title:  Jesse Janto et al v. Los Angeles County et al.

PRESENT:  The Honorable MAAME EWUSI-MENSAH FRIMPONG,
                     U.S. District Judge

|          Kelly Davis          |          None          |
|:---:|:---:|
| Courtroom | Court |
| Deputy Clerk | Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

PROCEEDINGS: (IN CHAMBERS) ORDER CLOSING CASE

On July 11, 2022, the Court ordered counsel to show cause in writing, no later than July 22, 2022, why the above-entitled action should not be dismissed for failure to prosecute. To date, counsel have not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court.  The Clerk of the Court is directed to close the file.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk:  kd